**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00742-MSK–MJW

WILDEARTH GUARDIANS,

      Plaintiff,

v.

DEFENDANTS LAMAR UTILITIES BOARD d/b/a LAMAR LIGHT AND POWER, and
ARKANSAS RIVER POWER AUTHORITY,

      Defendants.

---

**DECLARATION OF ASHLEY WILMES**

---

I, Ashley D. Wilmes, do declare, and if called as a witness would testify as follows:

      1.      I am an attorney licensed to practice in this jurisdiction and represent the

Plaintiff, WildEarth Guardians ("Guardians") in the above-captioned matter.  I am submitting

this declaration in support of Guardians' Motion for Summary Judgment.  I have personal

knowledge of the facts set forth herein and am competent to testify as to them if called as a

witness.

      2.      Attachment 1 to this Declaration is a true and correct printout from EPA's

official website, publicly available at http://www.epa.gov/air/nitrogenoxides/index.html (last

visited March 4, 2013): "Nitrogen Dioxide."

      3.      Attachment 2 to this Declaration is a true and correct printout from EPA's

official website, publicly available at http://www.epa.gov/air/nitrogenoxides/health.html. (last

1

EX. A

visited March 4, 2013): "Nitrogen Dioxide: Health."

    4.    Attachment 3 to this Declaration is a true and correct printout from EPA's official website, publicly available at http://www.epa.gov/air/sulfurdioxide/health.html (last visited March 4, 2013): "Sulfur Dioxide: Health."

    5.    Attachment 4 to this Declaration is a true and correct printout from EPA's official website, publicly available at http://www.epa.gov/airquality/carbonmonoxide/ (last visited March 4, 2013): "Carbon Monoxide: Health."

    6.    Attachment 5 to this Declaration is a true and correct printout of a White Paper by Babcock & Wilcox, Natural Gas Conversions of Existing Coal-fired Boilers.  This document is available on Babcock & Wilcox's website at: http://www.babcock.com/library/pdf/ms-14.pdf.

    7.    Attachment 6 to this Declaration is a true and correct printout from theprowersjournal.com on February 27, 2013, "Repowering Project Upgrades May Run through 2013," available at http://theprowersjournal.com/2013/02/27/repowering-project-upgrades-may-run-through-2013/.

    8.    Attachment 7 to this Declaration is a true and correct printout from EPA's Applicability Determination Index database Web site, which collects letters and memoranda issued by EPA on CAA applicability or monitoring issues under the New Source Performance Standards and the National Emission Standards for Hazardous Air Pollutants programs.

    9.    Exhibits B (Lamar's 2007 Permit) and C (Lamar's 2009 Permit) are true and accurate copies of documents produced by Defendants in discovery.  These permits are public

2

records on file with the Colorado Department of Public Health and Environment ("CDPHE"), as I have reviewed copies of these permits at CDPHE's offices.

10.      Exhibits D through H (the Semi-Annual Reports and Excess Emissions Report) are true and accurate copies of documents produced by Defendants in discovery.  These reports are public records on file with the CDPHE, as I have reviewed copies of these documents at CDPHE's offices and/or received copies of these documents from CDPHE.

11.      Exhibit I is a true and accurate copy of an email produced by Defendants during discovery (file name DIDWEG19_0030964).  This document was not BATES-stamped.

12.       Exhibit K is a true and accurate copy of Lamar's "Operating Summary" for September 2011, which is document 5 in the ARPA Board Meeting Packet for October 27, 2011.  Defendants produced this document during discovery.

13.      Exhibit M is a true and accurate copy of ARPA's General Manager's Board Report for November 2012, which was part of an ARPA board meeting packet.  Defendants produced this document during discovery.

14.      Exhibit N is a true and accurate copy of ARPA's Preliminary 2013 Budget Update, which was Agenda Item 5 to the September 27, 2012 ARPA board meeting packet.  Defendants produced this document during discovery.

15.      Exhibit P is a true and accurate copy of the 2012 Compliance Order on Consent, a document produced by Defendants during discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3-11-13
Date

Ashley D. Wilmes

ATTACHMENT 1 TO DECLARATION OF ASHLEY WILMES

 United States Environmental Protection Agency

http://www.epa.gov/air/nitrogenoxides/index.html

**Nitrogen Dioxide**

Nitrogen dioxide ($NO_2$) is one of a group of highly reactive gasses known as "oxides of nitrogen," or "nitrogen oxides (NOx)." Other nitrogen oxides include nitrous acid and nitric acid. While EPA's National Ambient Air Quality Standard covers this entire group of NOx, $NO_2$ is the component of greatest interest and the indicator for the larger group of nitrogen oxides. $NO_2$ forms quickly from emissions from cars, trucks and buses, power plants, and off-road equipment. In addition to contributing to the formation of ground-level ozone, and fine particle pollution, $NO_2$ is linked with a number of adverse effects on the respiratory system.

EPA first set standards for $NO_2$ in 1971, setting both a primary standard (to protect health) and a secondary standard (to protect the public welfare) at 0.053 parts per million (53 ppb), averaged annually.  The Agency has reviewed the standards twice since that time, but chose not to revise the annual standards at the conclusion of each review.  In January 2010, EPA established an additional primary standard at 100 ppb, averaged over one hour. Together the primary standards protect public health, including the health of sensitive populations - people with asthma, children, and the elderly. No area of the country has been found to be out of compliance with the current $NO_2$ standards.

For more information about $NO_2$:

Basic Information - Basics about $NO_2$ air pollution.

Health - Effects of $NO_2$ air pollution.

$NO_2$ Primary Standards - Links to technical information related to setting the national air quality standards for $NO_2$ to protect public health.

$NO_2$ Secondary Standards - Links to technical information related to setting the national air quality standards for $NO_2$ to protect public welfare.

$NO_2$ Designations - Regional, state and local information related to $NO_2$ nonattainment..

$NO_2$ Implementation - Programs and requirements for reducing $NO_2$ air pollution.

Regulatory Actions - Links to proposed and final rules, fact sheets, and other rulemaking documents.

Nonattainment Areas - Status of nonattainment areas (the Green Book).

Air Quality Trends - Progress made in reducing $NO_2$ in the air.

Air Emission Sources - Summarizes NOx air emissions by source at national, state and local levels.

SIP Status and Information - Identifies how states and EPA work together to ensure that the agency's National Ambient Air Quality Standards (NAAQS) are met and maintained.

Last updated on 2/14/2013

| Announcements |
| --- |
| **October 5, 2012** - EPA proposes revisions to $NO_2$ monitoring requirements Learn More |

ATTACHMENT 2 TO DECLARATION OF ASHLEY WILMES



http://www.epa.gov/airquality/nitrogenoxides/health.html

Nitrogen Dioxide
# Health

Current scientific evidence links short-term $NO_2$ exposures, ranging from 30 minutes to 24 hours, with adverse respiratory effects including airway inflammation in healthy people and increased respiratory symptoms in people with asthma.

Also, studies show a connection between breathing elevated short-term $NO_2$ concentrations, and increased visits to emergency departments and hospital admissions for respiratory issues, especially asthma.

$NO_2$ concentrations in vehicles and near roadways are appreciably higher than those measured at monitors in the current network. In fact, in-vehicle concentrations can be 2-3 times higher than measured at nearby area-wide monitors. Near-roadway (within about 50 meters) concentrations of $NO_2$ have been measured to be approximately 30 to 100% higher than concentrations away from roadways.

Individuals who spend time on or near major roadways can experience short-term $NO_2$ exposures considerably higher than measured by the current network. Approximately 16% of U.S housing units are located within 300 ft of a major highway, railroad, or airport (approximately 48 million people). This population likely includes a higher proportion of non-white and economically-disadvantaged people.

$NO_2$ exposure concentrations near roadways are of particular concern for susceptible individuals, including people with asthma asthmatics, children, and the elderly

The sum of nitric oxide (NO) and $NO_2$ is commonly called nitrogen oxides or NOx. Other oxides of nitrogen including nitrous acid and nitric acid are part of the nitrogen oxide family. While EPA's National Ambient Air Quality Standard (NAAQS) covers this entire family, $NO_2$ is the component of greatest interest and the indicator for the larger group of nitrogen oxides.

NOx react with ammonia, moisture, and other compounds to form small particles. These small particles penetrate deeply into sensitive parts of the lungs and can cause or worsen respiratory disease, such as emphysema and bronchitis, and can aggravate existing heart disease, leading to increased hospital admissions and premature death.

Ozone is formed when NOx and volatile organic compounds react in the presence of heat and sunlight. Children, the elderly, people with lung diseases such as asthma, and people who work or exercise outside are at risk for adverse effects from ozone. These include reduction in lung function and increased respiratory symptoms as well as respiratory-related emergency department visits, hospital admissions, and possibly premature deaths.

Emissions that lead to the formation of $NO_2$ generally also lead to the formation of other NOx. Emissions control measures leading to reductions in $NO_2$ can generally be expected to reduce population exposures to all gaseous NOx. This may have the important co-benefit of reducing the formation of ozone and fine particles both of which pose significant public health threats.

Last updated on 2/14/2013

ATTACHMENT 3 TO DECLARATION OF ASHLEY WILMES

 United States Environmental Protection Agency

http://www.epa.gov/oaqps001/sulfurdioxide/health.html

**Sulfur Dioxide**

# Health

Current scientific evidence links short-term exposures to $SO_2$, ranging from 5 minutes to 24 hours, with an array of adverse respiratory effects including bronchoconstriction and increased asthma symptoms.  These effects are particularly important for asthmatics at elevated ventilation rates (e.g., while exercising or playing.)

Studies also show a connection between short-term exposure and increased visits to emergency departments and hospital admissions for respiratory illnesses, particularly in at-risk populations including children, the elderly, and asthmatics.

EPA's National Ambient Air Quality Standard for $SO_2$ is designed to protect against exposure to the entire group of sulfur oxides (SOx).  $SO_2$ is the component of greatest concern and is used as the indicator for the larger group of gaseous sulfur oxides (SOx).  Other gaseous sulfur oxides (e.g. SO3) are found in the atmosphere at concentrations much lower than $SO_2$.

Emissions that lead to high concentrations of $SO_2$ generally also lead to the formation of other SOx.  Control measures that reduce $SO_2$ can generally be expected to reduce people's exposures to all gaseous SOx.  This may have the important co-benefit of reducing the formation of fine sulfate particles, which pose significant public health threats.

SOx can react with other compounds in the atmosphere to form small particles. These particles penetrate deeply into sensitive parts of the lungs and can cause or worsen respiratory disease, such as emphysema and bronchitis, and can aggravate existing heart disease, leading to increased hospital admissions and premature death.  EPA's NAAQS for particulate matter (PM) are designed to provide protection against these health effects.

Last updated on 7/12/2012

ATTACHMENT 4 TO DECLARATION OF ASHLEY WILMES

 United States Environmental Protection Agency

http://www.epa.gov/airquality/carbonmonoxide/health.html

**Carbon Monoxide**

# Health

CO can cause harmful health effects by reducing oxygen delivery to the body's organs (like the heart and brain) and tissues.  At extremely high levels, CO can cause death.

Exposure to CO can reduce the oxygen-carrying capacity of the blood.  People with several types of heart disease already have a reduced capacity for pumping oxygenated blood to the heart, which can cause them to experience myocardial ischemia (reduced oxygen to the heart), often accompanied by chest pain (angina), when exercising or under increased stress.  For these people, short-term CO exposure further affects their body's already compromised ability to respond to the increased oxygen demands of exercise or exertion.

Last updated on 12/10/2012

ATTACHMENT 5 TO DECLARATION OF ASHLEY WILMES

**White Paper**

MS-14

# Natural Gas Conversions of Existing Coal-Fired Boilers

Authors:

F.J. Binkiewicz Jr., P.E.

R.J. Kleisley

B.E. McMahon

J.E. Monacelli

D.A. Roth

D.K. Wong

Babcock & Wilcox

Power Generation Group, Inc.

Barberton, Ohio, U.S.A.

 babcock & wilcox power generation group

# Natural Gas Conversions of Existing Coal-Fired Boilers

MS-14

## Abstract

Electric utilities are always searching for ways to minimize costs, improve availability and reduce emissions. Recent changes in the price of natural gas have made that fuel economically attractive, with the added benefit of reduced emissions of sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$) and carbon dioxide ($CO_2$). For those utilities with existing coal-fired units, conversion from coal firing to natural gas firing might be an option worth considering.

This paper will consider the rationale for fuel switching, some of the options available for conversion of coal-fired units, technical considerations related to conversion, and some of the financial considerations that will impact the final decision.

## Rationale for Considering Fuel Switching

The first step in the process is to identify the forces that drive the decision to convert from coal to gas. The key forces are regulatory (both in terms of emissions and as an offset for a new unit), fuel costs, the age of the plant and the need for plant output.

Regulatory forces are currently in a state of flux, with a wide range of proposed rules and legislative efforts that could have a far-reaching impact on coal-fired operation. What appears likely is that some form of $CO_2$ controls will be enacted in the near future. Those controls could be part of a cap-and-trade system (similar to previous allowance programs for $SO_2$ and $NO_x$) or they might take the form of gradual reductions to meet increasingly stricter goals. Regardless of the final form, the industry is reasonably certain that there will be some additional controls placed on power plant owners. Utilities must also factor in the future need for electrical power generation – either because of market demand projections or to replace a unit that might be approaching the limit of its useful service. There also may be regulatory issues to evaluate, such as New Source Review and offsets for other emissions regulated by state and federal laws.

The price of natural gas has recently become more attractive as a baseload fuel due to additional supply and reduced demand from general industry. There are many different projections of where gas prices might be in the near future, all of which are based on the forces of supply and demand. The current price of natural gas is relatively low and stable compared to previous years. Utilities should be aware that natural gas prices are much more sensitive than coal prices to short term changes in supply and demand. While current economic conditions favor natural gas usage, Babcock & Wilcox Power Generation Group, Inc. (B&W PGG) strongly advises its customers to evaluate potential price volatility as a key component in the decision making process.

A plant may be considered for fuel switching based on its age and how close it would be to a possible retirement or major rebuild. The timing for fuel switching may be ideal if the boiler in question is already under consideration for major projects like superheater replacement, burner modifications, air system changes and/or the addition of back-end emissions control equipment. B&W PGG can assist in comparing the costs and benefits of different scenarios to help make the best decision based on the specific needs of the plant.

One of the other key factors to consider is the need for plant output, including a potential for de-rate and/or increased turn-down capability. A unit's continued usefulness might involve its ability to operate or be on standby during periods of low load.

As utilities look at their long-term forecasts, plants that operate efficiently and with high availability will play a key role in meeting future demand. As such, these plants will need to be evaluated for projects that will extend their useful life. Those projects might be targeted for efficiency improvements with coal as a fuel (burner upgrades, emissions control equipment, etc.) or as fuel-switch projects that take advantage of the benefits of natural gas.

## Options

B&W PGG can perform an engineering study to help determine the best options for your specific application. Among the many options to consider are:

1. Fuel switch with modifications to the existing boiler
2. Fuel switch for the existing boiler and the addition of a gas turbine to the existing boiler cycle
   a. addition of simple cycle to the existing system
   b. hot windbox repowering
   c. combined cycle repowering
3. New combined cycle plant (elemental review) with retirement of the existing coal plant

Each option has advantages and disadvantages, including cost and operational considerations, including:

- comparison of modification costs vs. capital cost of a new gas turbine
- impact of future changes in fuel prices and the potential risk associated with natural gas price volatility
- life expectancy of gas turbines and heat recovery steam generators (HRSG) compared to steam boilers
- amount of acceptable de-rate

Since no two plants are identical, it is important that utilities work with an experienced supplier like B&W PGG to evaluate the best solutions for their needs.

## 1. Fuel Switch with Modifications to the Existing Boiler

The most obvious change to a power plant that switches from coal to gas will be the modifications to the fuel handling, storage and distribution equipment. The plant must receive natural gas via a pipeline spur from the local main transmission line. If a spur does not currently exist, the plant will need to evaluate the costs and activities (permits, land rights, etc.) associated with constructing a new spur. Once inside the plant perimeter, the gas must be metered and piped to the boilers, where new gas burners will be required (or to a new gas turbine if applicable).

If the existing boiler is modified for gas-firing, the convection pass, ducting and windbox will likely need modifications. The extent of the modifications will be determined by an engineering study that will look at overall furnace absorption, furnace exit gas temperature, and tube bank arrangement/material changes (superheater, reheater and economizer). Other operational changes like sootblowing schedules, attemperator spray flows, air heater operation and operation of any back-end emissions control equipment will need to be adjusted for the switch from coal to gas.

### Technical Considerations

As B&W PGG studies your plant, we will evaluate the impact of the following technical considerations:
- characteristics of natural gas vs. original or current fuel
- impact on boiler design and capacity
- impact on cycle efficiency
- boiler and environmental equipment modifications
- burner modifications
- convection pass modifications
- changes to fans, ductwork, fluework, etc.
- amount of acceptable de-rate

### Financial Considerations

Any modification to an existing plant carries considerable cost implications. This is true when upgrading a coal plant with new components for higher efficiency and/or lower emissions. Likewise, there are financial considerations for switching fuel from coal to natural gas. Cost ranges for modifications for the units shown in the comparison table below are estimated to be in the range of $50 to $75/kW.

The unique conditions of each plant will necessitate a detailed study of the potential operational options and their corresponding costs. These costs include only modifications to the boiler island. Excluded are costs related to bringing natural gas supply to the boiler.

## 2. Fuel Switch for the Existing Boiler with Addition of a Gas Turbine

### Technical Considerations

The concept of repowering existing power plants is currently viewed as an option to economically meet new demands for improved efficiency, power growth and stricter environmental regulations. Partial repowering is the conversion of an existing site to combined cycle where the boiler and steam cycle are retained to the greatest extent possible. There are several major partial repowering alternatives. Many of these alternatives have multiple possible equipment configurations that can be considered depending on the option. Low gas turbine exhaust oxygen concentrations (as low as 12%), and high exhaust temperatures (exceeding 1100F) can provide design challenges depending on the combustion turbine used for this configuration.

### 2a. Addition of Simple Cycle to the Existing System

This technology uses the existing boiler and steam turbine equipment in essentially its original configuration. In

| Comparison Table -- Study Results of Typical Pulverized Coal to Natural Gas Conversions | | | |
|---|---|---|---|
| **Location** | **Ohio** | **Ohio** | **Oklahoma** |
| **Existing Unit Information** | | | |
| -- Year built | 1954 | 1956 | 1981 |
| -- Original megawatts | 152 | 103 | 390 |
| -- Operating pressure (PSI) | 2,050 | 1,480 | 2,640 |
| -- Main steam temperature (F) | 1,050 | 1,000 | 1,005 |
| -- Reheat outlet temperature (F) | 1,000 | 1,000 | 1,005 |
| -- Original fuel | Pulverized bituminous coal | Pulverized coal | Pulverized coal |
| **Target Performance Basis** | 100% NG with no pressure part changes | Minimize pressure part changes | Maintain 1005F w/excess air up to 87% MCR |
| **Results and Limitations** | Original maximum continuous rating; MCR (no limitations) | Maximum resulting SH temp = 950F; and Higher excess air for steam temperature control at lower loads | Cannot maintain steam temperature above 87% MCR without modifications; and Unable to fire 100% gas without pressure part modifications |
| **Recommended Burner Modifications** | Add gas elements | New low NOx burners + OFA ports | New burners + NOx ports |
| **Recommended Pressure Part Modifications** | Minimal to none required | Minimal to none required | Minimal to none required |
| **Attemperator Recommendations** | No changes required | No changes required | SH changes required |
| **Fan Recommendations** | | | |
| -- Forced draft | Appears OK, evaluation by others | No changes required | Static capacity deficient |
| -- Induced draft | Appears OK, evaluation by others | No changes required | No changes required |
| -- Gas recirculation | Replace FGR fan and drive | No recommendations made | Removed from service |
| **Air Heater Recommendations** | No changes required | No changes required | Design static pressure deficient |

this design, a gas turbine and feedwater heater are added in parallel to the existing boiler. Figure 1 provides a bullet summary and illustrates a typical equipment arrangement for this option. Depending on the specific plant configuration, balance-of-plant (BOP) material and erection services are required to complete this retrofit.

### 2b. Hot Windbox Repowering

In this configuration, a gas turbine is added to an existing plant and the exhaust from the turbine is ducted directly to the boiler windbox where it is used as combustion air for the boiler. The existing air heaters are typically retired with new stack gas coolers (or partial HRSG) added in parallel to the feedwater heaters to maximize cycle efficiency. Figure 2 provides a bullet summary and illustrates a typical equipment configuration for this technology.

Depending on the specific plant configuration, significant boiler and BOP material and erection services are required to complete these retrofits. This has been the repowering configuration of choice outside of the U.S. with Holland having more than 12 plants designed in this configuration (both retrofit and original). B&W PGG designed two new plants based on this cycle configuration in the early 1960s. Recent improvements in gas turbine technology have made integration of these machines with boilers more challenging than in the past.

### 2c. Combined Cycle Repowering

In this configuration, a gas turbine is added to an existing plant and the exhaust from the turbine is ducted to the boiler windbox where it is used as combustion air for the boiler. This configuration uses a supplemental heat exchanger (or partial HRSG) or mixes ambient air upstream of the boiler to cool the exhaust temperature to levels acceptable to existing windbox materials. The existing air heaters are typically retired with new stack gas coolers (or partial HRSG) added



**Fig. 2** Hot Windbox Repowering
- New gas turbine
- Retains boiler, steam turbine, generator, etc.
- Advantages:
  - » moderate power increase of up to 50%
  - » efficiency improvement of up to 15%
  - » retains current equipment and if desired, current fuel
  - » reduced emissions
- Disadvantages:
  - » requires new high temperature combustion air system
  - » may require boiler surface changes and/or de-rate
  - » requires special high temperature and low O$_2$ burners

in parallel to the feedwater heaters to maximize cycle efficiency.

Figure 3 provides a bullet summary and illustrates a typical equipment configuration for this technology. Depending on the specific plant configuration, significant boiler and BOP material and erection services are required to complete this retrofit.



**Fig. 1** Addition of Simple Cycle
- New gas turbine
- New recuperative feedwater heater(s)
- Retains steam system
  - » closes some extractions and feedwater heaters
- Advantages:
  - » low additional capital cost
- Disadvantages:
  - » small efficiency gain – 2% to 3%



**Fig. 3** Combined Cycle Repowering
- New gas turbine(s) and supplemental HRSGs or stack gas cooler
- Retains boiler, steam turbine, generator, etc.
- Advantages:
  - » moderate power increase of up to 70%
  - » efficiency improvement of up to 15%
  - » retains current equipment and if desired, current fuel
  - » reduced emissions
- Disadvantages:
  - » requires more complex steam system interface and piping systems
  - » may require boiler surface changes and/or de-rate
  - » requires special low O$_2$ burners

*Financial Considerations*

As the repowering configuration can vary significantly depending on the goals and constraints of a given system, cost for such a conversion can span a broad range. The combustion turbine will likely be the largest single component and cost. Estimates on retrofit costs range from $180 to $1,025 per unit kW increase in power.

### 3. New Combined Cycle Plant with Retirement of the Existing Coal Plant

A modern, highly efficient combined cycle plant is always a consideration when evaluating a fuel switch from coal to gas, especially when a considerable increase in power generation is needed. The higher capital cost of this option requires a careful analysis of its suitability to the unique needs of each utility.

This report is not intended to review every factor related to switching from coal to natural gas, but it is important for each prospective utility to consider the hidden costs associated with the retirement of a coal plant, including the cost of decommissioning or mothballing, as well as any site remediation costs. It is only when all the true costs are identified that the real savings from a fuel switch can be fully and properly evaluated.

## Summary

Babcock & Wilcox Power Generation Group has the experience and expertise to help utility customers evaluate the operational, technical and financial considerations associated with a potential fuel switch from coal to natural gas. As plant owners consider their options, B&W PGG can assist in the evaluation of site-specific conditions and provide recommendations that represent the optimal balance of cost, schedule, performance and long-term availability.

Copyright © 2010 by Babcock & Wilcox Power Generation Group, Inc.
a Babcock & Wilcox company
All rights reserved.

No part of this work may be published, translated or reproduced in any form or by any means, or incorporated into any information retrieval system, without the written permission of the copyright holder. Permission requests should be addressed to: Marketing Communications, Babcock & Wilcox Power Generation Group, P.O. Box 351, Barberton, Ohio, U.S.A.  44203-0351. Or, contact us from our Web site at www.babcock.com.

*Disclaimer*
Although the information presented in this work is believed to be reliable, this work is published with the understanding that Babcock & Wilcox Power Generation Group, Inc. and the authors are supplying general information and are not attempting to render or provide engineering or professional services. Neither Babcock & Wilcox Power Generation Group, Inc. nor any of its employees make any warranty, guarantee, or representation, whether expressed or implied, with respect to the accuracy, completeness or usefulness of any information, product, process or apparatus discussed in this work; and neither Babcock & Wilcox Power Generation Group, Inc. nor any of its employees shall be liable for any losses or damages with respect to or resulting from the use of, or the inability to use, any information, product, process or apparatus discussed in this work.

ATTACHMENT 6 TO DECLARATION OF ASHLEY WILMES

# The Prowers Journal

your alternative FREE local news source



- **Home**
- **About**
- **Police Reports**
- **Yard Sales!**
- **Classifieds**
- **Your Town Today**
- **Business of the Week**
- **Home Room**

enter search terms

- Calendar
- Churches
- Public Notices
- Editions
- Obituary
- Chamber/Local Business
- Politics
- Entertainment
- School
- Sports
- Agriculture
- Business
- Community
- History
- Youth

## Repowering Project Upgrades May Run through 2013

Russ Baldwin | Feb 27, 2013 | Comments 0



Lamar Light Plant Repowering Project, East View

ARPA, Arkansas River Power Authority, provided utility board members with a written update on the status of the Repowering Project.  The boiler manufacturer, Babcock and Wilcox, has continued to make modifications to allow the unit to operate at maximum potential without exceeding emissions limitations stipulated in the light plant air quality permit.  To date, the bulk of the equipment needed for the modifications is expected by late May.  Once installed, tests will be run to determine if the operations meet expectations.  If that occurs, ARPA will make arrangements to conduct regulatory testing.  Complete testing and tuning should start by late summer and take between 90 to 120 days to complete.  On that schedule, testing may run through to the end of 2013.  At the same time, ARPA has been negotiating for a continued outside power supply source, purchasing electricity off the grid.  The plant has been offline since the December before last.  Depending on the outcome of the negotiations, ARPA will place the plant in cold standby for the foreseeable future.

The updated information also references on-going and probable future negotiations between the boiler manufacturer, Babcock and Wilcox over financial responsibilities.  Quoting the memo, "The testing schedule is also predicated on successful negotiations with B&W.  It is ARPA's position that the current emission issues with the boiler are due to faulty boiler design and as such, it is B&W's sole responsibility to cure.  To date, B&W has engineered the boiler modifications and procured and delivered the equipment at its cost.  It has also released engineering for modifications that it considers outside its responsibilities reserving its rights to recover those engineering costs through the negotiations."

The memo noted that B&W acknowledges its obligation to provide a boiler that will comply with the Plant's air quality permit and has contractually guaranteed, among other items, boiler efficiency.

Lamar Utility Board officers from 2012 were carried over into 2013 in separate voting during the bi-monthly meeting Tuesday, February 26. Don Steerman will serve as chairman, David Anderson as vice-chair, John Lefferdink as board attorney, Houssin Hourieh as Light Plant Superintendent and each of the board members are authorized to sign checks. New signature cards will be issued to each member.

During the meeting, the Stuart Kirby Cooper Company was low bidder for pad mount transformers that had been included in the 2013 budget and was awarded the contract for $21,653. The board also approved a bid for lighting fixtures and light poles for downtown Lamar for $21,326 from Western United; a company the Light Plant has done business with in past years. Superintendent Hourieh told the board that with the help of CIRSA, the plant's insurance agent, Morgan AM&T settled for an insurance claim of $27,500. The sum is for replacement of faulty wind turbine generator brushes that damaged slip rings on the turbines. Previously, the brush manufacturer agreed to replace the brushes, but would not be held liable for the slip rings. The labor for part replacement and for lost electricity generation amounted to $13,000 and was not recoverable. The next utility board meeting will be held Tuesday, March 12.

By Russ Baldwin

---

Share

Related posts:

1. Boiler Design Flaws Plague Repowering Project   The Lamar Utility Board spent their last meeting of 2012 looking ahead to the...
2. Repowering Project Offline for Additional Testing Lamar Light Plant Superintendent Rick Rigel informed the Lamar Utilities Board the coal plant may...
3. 2013 Lamar Light Plant Budget Approved   Lamar Utility Board members approved the 2013 budget for the Lamar Light Plant after...
4. ARPA/Repowering Project Letter of Support from Area Mayors The Lamar City Council recently ratified Mayor Roger Stagner's signature on a letter in support of ARPA's efforts...

**Filed Under:** Business • City • community • County • Economy • Energy • Featured • Holly • Lamar • Prowers County • Utilities

**Tags:** ARPA • Babcock & Wilcox • CIRSA • Houssin Hourieh • LUB • Morgan AM&T • Repowering Project • wind turbine

**About the Author:**

 Comments (0)

Trackback URL

Comments are closed.

- Subscribe
- Archives
- Tags
- Popular

- RSS Feed | Comments Feed

Get the latest updates via email.

enter email address   Subscribe

Privacy guaranteed. We will not share your information.

-

Weather for Lamar

ATTACHMENT 7 TO DECLARATION OF ASHLEY WILMES



**U.S. Environmental Protection Agency**
**Applicability Determination Index**

**Control Number: NR95**

| | |
|---|---|
| **Category:** | NSPS |
| **EPA Office:** | Region 4 |
| **Date:** | 03/13/1990 |
| **Title:** | Computation of Rolling Averages |
| **Recipient:** | Daniel, Lee A. |
| **Author:** | Smith, Winston A. |

---

**Subparts:** Part 60, D, Foss. Fuel Fired Steam Gen. (post 8/17/71)

Part 60, H, Sulfuric Acid Plants

---

**References:** 60.40

60.80

---

**Abstract:**

What is the correct definition and method of computation of rolling averages with regard to CEM data as set forth in Subparts D and H?

The three hour averages in both parts are intended to be rolling averages. Periods of excess emissions can overlap. Even though the rolling average represents a three hour period, data is entered in one hour periods. The maximum number of three hour exceedances that can be recorded in one day is 24.

---

**Letter:**

Control Number: NR95

March 13 1990

4APT-AC

Mr. Lee A. Daniel, Jr., Chief
Air Quality Section
Division of Environmental Management
North Carolina Department of Environment, Health and Natural Resources 512 North Salisbury Street Raleigh, North Carolina 27611

Dear Mr. Daniel:

As requested in your letter of January 17, 1990, we are providing the following responses to your questions on the definition and method of computation of rolling averages with regard to CEM data. Your questions have been quoted and are followed by our response.

1. Are the three-hour averages set-forth in 40 CFR Part 60, Subparts D and H intended to be block or rolling averages?

The three-hour averages in both Subparts were intended to be rolling averages, however, we generally try to ascertain the total number of hours of exceedances because rolling averages are incompatible with our computer software. The intent of the Subparts to have source owners report in three-hour rolling averages was to reflect the time period necessary to conduct a performance (compliance) test.

2. If rolling averages are used, can periods of excess overlap?

Yes, periods of excess can overlap. For example, if a source experiences a one-hour scrubber outage and emits SO2 uncontrolled, potentially, 3 three-hour periods of exceedances could be reported which would all overlap.

3. Is an excess determined using a rolling average a one-hour or three-hour excess as it applies to Subparts D and H?

According to the Subparts, the rolling average represents a three- hour period, however, in order to input this data into our computer, we view them as one-hour periods.

4. What is the maximum number of excesses that may be recorded in one day (for a Subpart D or H source)?

The maximum number of three-hour exceedances that can be reported in one day is 24.

Sincerely yours,

Winston A. Smith, Director
Air, Pesticides, & Toxics Management Division

bc: Jim Critopoulos

PREINERMANN: ksc:2/28/90:final:DISK No. 2:DOC No. L-LDANIEL FILE No.:10.9.5, 10.9.5b, 10.9.3